STATE ex rel. PAUWELYN, Relator, *v.* DISTRICT COURT
OF SECOND JUDICIAL DISTRICT et al., Respond-
ENTS.

(No. 2,317.)

(Submitted June 15, 1906. Decided July 6, 1906.)

*Prohibition—Probate   Courts—Jurisdiction—Order   of   Sale—
Stay of Execution.*

> 1.   Prohibition does not lie to restrain the district court, while sitting
> in probate matters, from hearing the petition of one of the devisees
> under a will, for distribution to him of that portion of the estate
> specifically devised to him, even though it had theretofore made an
> order to sell the real property to pay the debts of the estate, the
> court having had jurisdiction to hear and determine the matter. (See,
> also, syllabus in *State ex rel. Pauwelyn* v. *District Court et al., ante,*
> p. 345, 86 Pac. 269.)

Application by the state of Montana, on the relation of Cyril
Pauwelyn, as executor of the estate of James Tuohy, for a writ
of prohibition against the district court of the second judicial
district of the state of Montana, and Michael Donlan and Geo.
M. Bourquin, as judges thereof.   Writ denied.

*Messrs. McBride & McBride,* and *Mr. John J. McHatton,* for
Relator.

*Mr. Jno. B. Clayberg, Messrs. Maury & Hogevoll, Mr. T. J. Walsh, Mr. John A. Coleman, Mr. M. D. Leehey,* and *Mr. Wm. Scallon,* for Respondents.

MR. CHIEF JUSTICE BRANTLY delivered the opinion of the court.

Prohibition.   Soon after the application to the district court referred to in *State ex rel. Pauwelyn* v. *District Court, ante,* p. 345, 86 Pac. 269, the Roman Catholic bishop of Helena, as a corporation sole, being also a devisee under the will of James Tuohy, deceased, made an application to the district court for a similar order of partial distribution.   The court issued an order to show cause and an order to the executor to stay proceedings under the order of sale until a hearing could be had. Thereupon application was made to this court for a writ of prohibition to restrain the court from proceeding further under the order to show cause, on the ground that it was proceeding in excess of jurisdiction.

The principle applied in the case of *State ex rel, Pauwelyn* v. *District Court, ante,* p. 345, 86 Pac. 269, is conclusive of this case, and under the authority of that case the writ is denied.

*Writ denied.*

MR. JUSTICE HOLLOWAY concurs.

MR. JUSTICE MILBURN, being disqualified, takes no part in this decision.